**Order entered November 27, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01127-CV

### IN THE INTEREST OF R.M., A CHILD

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-02593-2018**

## ORDER

On November 8, 2018, after being informed by court reporter Kathy Bounds that appellant had not contacted her about the record, we directed appellant to file written verification she had requested the reporter's record. Although we cautioned appellant that failure to comply within ten days could result in the appeal being submitted without the reporter's record, she has failed to comply. *See* TEX. R. APP. P. 37.3(c). Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we further **ORDER** appellant to file her brief no later than December 27, 2018.

/s/     DAVID EVANS
        JUSTICE